AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

DENNIS LEE CHARLES, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:20-CR-00020-004

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Jennifer P. Wilson, United States      District Court Judge
Name of Judge                          Title of Judge

6/22/2022
Date